**STATE of Missouri, Respondent,**

v.

**Christopher SCOTT, Appellant.**

**No. ED 80387.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 29, 2002.

Nancy A. McKerrow, Assistant State Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joel A. Block, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL JR., P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.

### ORDER

PER CURIAM.

Defendant, Christopher Scott, appeals from the judgment entered after a jury found him guilty of stealing. No jurisprudential purpose would be served by a written opinion. However, the parties have been provided with a memorandum for their information only setting forth the reasons for this order.

The judgment is affirmed. Rule 30.25(b).